JANET L. CHUBB, ESQ.
Nevada Bar # 176
LOUIS M. BUBALA, ESQ.
Nevada Bar #8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  (775) 786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
           tbw@jonesvargas.com
           lbubala@jonesvargas.com

Attorneys for
ENRICO MORELLI and PAUL MORELLI

*Electronically Filed on April 4, 2007*

# UNITED STATE  BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CHARLOTTE E. MORELLI,<br><br>　　　　　Debtor. | Case No.     BK-N–06-50272-GWZ<br>Chapter       7 (Converted from 13) |
| ENRICO MORELLI and PAUL MORELLI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CHARLOTTE MORELLI, individually and as trustee of the Pia Family Trust, Pia Family Trust A, Pia Family Trust B, Pia Family Trust dated November 16, 1995, JA Trust, CM Trust, Becaris Trust, Bay Cities Properties Trust, and Coffee Plaza Trust; PIA FAMILY TRUST; PIA FAMILY TRUST A; PIA FAMILY TRUST B; PIA FAMILY TRUST DATED NOVEMBER 16, 1995; JA TRUST; CM TRUST; BECARIS TRUST; BAY CITIES PROPERTIES TRUST; COFFEE PLAZA TRUST; BAY CITIES PROPERTIES, INC.; and COFFEE PLAZA,<br><br>　　　　　Defendants. | Adversary No. 06-5099<br><br>**NOTICE OF ATTORNEYS' LIEN OF JONES VARGAS**<br><br>Hearing Date:   n/a<br>Hearing Time:   n/a |

PLEASE TAKE NOTICE that Jones Vargas, by and through Janet L. Chubb and Louis M. Bubala III, claims an attorneys' lien in the amount of $93,538.63, plus any and all accruing fees

-1-

-2-

and costs from March 31, 2007, forward against any claim, demand or cause of action, in favor of Enrico Morelli and/or Paul Morelli, and to any money or property which is recovered in this action. NRS 18.015. This lien attaches to any verdict, judgment or decree entered and to any money or property which is recovered on account of the suit or other action, from the time of service of the notices required by NRS 18.015.

DATED this 4th day of April, 2007.

JONES VARGAS

By:    //s// LOUIS M. BUBALA III
        JANET L. CHUBB
        LOUIS M. BUBALA III

# CERTIFICATE OF SERVICE

1. On April 4, 2007, I served the following document(s):

   **NOTICE OF ATTORNEYS' LIEN OF JONES VARGAS**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

   - JEREMY T BERGSTROM    mbergstrom@mileslegal.com
   - DANIEL S CORDER    idontlikemondays@msn.com
   - FRED E. GREEN    FRED.E.GREEN@IRSCOUNSEL.TREAS.GOV
   - RICHARD G. HILL    greccelle@richardhillaw.com, cdetlie@richardhillaw.com
   - MICHAEL LEHNERS    mikelehners@yahoo.com
   - ANABELLE SAVAGE    angiesavage@sbcglobal.net, nv06@ecfcbis.com
   - U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
   - JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

   ■ b. **United States certified mail, postage fully prepaid - return receipt requested** (list persons and addresses):

   ENRICO MORELLI
   4116 MAYFIELD DRIVE
   MODESTO, CA  95356

   PAUL MORELLI
   4116 MAYFIELD DRIVE
   MODESTO, CA  95356

   CHARLOTTE E. MORELLI
   POB 6372
   GARDNERVILLE, NV 89460

   ❾ c. **Personal Service** (list persons and addresses):

   I personally delivered the document(s) to the persons at these addresses:

   ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ❾ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

BART BARRINGER, ESQ.
1324 J St.
P.O. Box 95353
Modesto, CA 95353
Fax: 209-544-9875

DEBORAH A. PALMER, ESQ.
218 Elks Point Rd., Ste. 305
P.O. Box 11250
Zephyr Cove, NV 89448
Fax: (775) 588-8223

☐ f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 4th day of April, 2007.

| J. Englehart | //s//  J. Englehart |
|---|---|
| Name | Signature |