**Entered on Docket
January 03, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

JOHN P. DESMOND, ESQ.
Nevada Bar # 5618
JUSTIN J. BUSTOS, ESQ.
Nevada Bar # 10320
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  (775) 786-5000
Fax:  775-786-1177
Email:  jbustos@jonesvargas.com
            jpd@jonesvargas.com

*Electronically Filed on
December 30, 2010*

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CHARLOTTE E. MORELLI,

　　　　　Debtor.

Case No.    BK-N–06-50272-GWZ
Chapter    7 (Converted from 13)

ENRICO MORELLI and PAUL MORELLI,

　　　　Plaintiffs,

vs.

CHARLOTTE MORELLI, individually and as trustee of the Pia Family Trust, Pia Family Trust A, Pia Family Trust B, Pia Family Trust dated November 16, 1995, JA Trust, CM Trust, Becaris Trust, Bay Cities Properties Trust, and Coffee Plaza Trust; PIA FAMILY TRUST; PIA FAMILY TRUST A; PIA FAMILY TRUST B; PIA FAMILY TRUST DATED NOVEMBER 16, 1995; JA TRUST; CM TRUST; BECARIS TRUST; BAY CITIES PROPERTIES TRUST; COFFEE PLAZA TRUST; BAY CITIES

Adversary No. 06-5099

**ORDER**

Hearing Date:    December 30, 2010
Hearing Time:    10:00 a.m.

-1-

PROPERTIES, INC.; and COFFEE PLAZA,

Defendants.

Jones Vargas moved for adjudication of its rights under an Attorneys' Lien on December 14, 2010.   This matter was heard on shortened time on December 30, 2010.   The Court has reviewed the motion and considered the arguments contained therein.

IT IS HEREBY ORDERED that Jones Vargas's Ex Parte Motion for Adjudication of Jones Vargas's Rights under an Attorneys' Lien is GRANTED.  The Trustee shall distribute $15,913.10 to Jones Vargas from the proceeds that would otherwise be distributed to Enrico Morelli and Paul Morelli.

IT IS SO ORDERED.

# # #

Prepared and Submitted by:
JONES VARGAS

By:      /s/   Justin J. Bustos
        JOHN P. DESMOND, ESQ.
        Nevada Bar # 5618
        JUSTIN J. BUSTOS, ESQ.
        Nevada Bar # 10320
        JONES VARGAS
        100 W. Liberty St, 12th Floor
        P.O. Box 281
        Reno, NV 89504-0281
        Telephone:  (775) 786-5000
        Fax:  775-786-1177
        Email:  jbustos@jonesvargas.com
            jpd@jonesvargas.com

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

 X  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

-2-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1   ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
2   counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and
each has approved or disapproved the order, or failed to respond, as indicated below:

3   ___ I certify that I have served a copy of this order with the motion, and no parties appeared or
4   filed written objections.

5   **APPROVED.**

6   By:      /s/ Anabelle G. Savage
              ANABELLE G. SAVAGE, Trustee
7             P.O. Box 6179
              Reno, NV  89513
8             Telephone:  (775) 337-2111
              E-Mail:  angiesavage@sbcglobal.net
9

10

11

12

13

14

15

16

17

18

19

20

21

23

24

25

26

27

28